# Third District Court of Appeal

## State of Florida

Opinion filed April 25, 2018.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D16-2921
Lower Tribunal No. 14-20546

————————————

**Jorge Valvis Papastrati,**
Appellant,

vs.

**Kiriaki Papasakelariou,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Kevin Coyle Colbert, for appellant.

Nancy A. Hass (Hollywood), for appellee.

Before SUAREZ, FERNANDEZ and LUCK, JJ.

PER CURIAM.

We affirm without further discussion and write only to point out the perilous journey undertaken by counsel when they ask the trial court to interpret an order of a foreign jurisdiction without providing the court a proper foundation for interpretation of that order. The trial court was asked to interpret the order of an Aruban appellate court without the benefit of the law of Aruba that rightfully would control that interpretation. Without knowing what is required by the law in Aruba in relation to the appellate court decision, we cannot properly review the trial court's interpretation.

Affirmed.